**RESNICK & LOUIS, P.C.**
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
jbarrington@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants,*
*Area 15 Las Vegas, LLC,*
*Area 15 Global Developer, LLC,*
*Area 15 Global LLC, and*
*MW Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KELLY, an individual, | CASE NO.: 2:24-cv-00696 |
| Plaintiff, | **FRCP 7.1 DISCLOSURE STATEMENT** |
| v. | |
| AREA 15 LAS VEGAS, LLC, a foreign limited-liability company; AREA 15 GLOBAL DEVELOPER, LLC, a foreign limited-liability company; AREA 15 GLOBAL, LLC, a foreign limited-liability company; MW VEGAS, LLC, a foreign limited-liability company; DOES I-X; and ROE COMPANIES II-X, inclusive, | |
| Defendants. | |

Defendants AREA 15 LAS VEGAS, LLC, AREA 15 GLOBAL DEVELOPER, LLC, AREA 15 GLOBAL, LLC, and MW VEGAS, LLC, ("Defendants") by and through their attorneys of record, JAMES B. BARRINGTON, ESQ., and MATTHEW B. BECKSTEAD, ESQ., of the law firm of RESNICK & LOUIS, P.C., and hereby provide the following disclosure under FRCP 7.1.

Upon information and belief, Defendants have no parent entity or publicly held entity owning 10% or more of their respective ownership interests.

Defendant AREA 15 LAS VEGAS, LLC, is a Delaware limited liability company.

Defendant AREA 15 GLOBAL DEVELOPER, LLC, is a Delaware limited liability company.

Defendant AREA 15 GLOBAL, LLC, is a Delaware limited liability company.

Defendant MW VEGAS, LLC, is a Delaware limited liability company.

DATED this 10th day of April 2024.

**RESNICK & LOUIS, P.C.**

*/s/ James M. Barrington*
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
jbarrington@rlattorneys.com
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants,*
*Area 15 Las Vegas, LLC,*
*Area 15 Global Developer, LLC,*
*Area 15 Global LLC, and*
*MW Vegas, LLC*