# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KELLY,<br><br>     Plaintiff(s),<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, et al.,<br><br>     Defendant(s). | Case No. 2:24-cv-00696- NJK<br><br>**Order**<br><br>[Docket No. 2] |

Pending before the Court is Defendants' certificate of interested parties. Docket No. 2.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2). For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "Moreover, if any member of [an LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well." *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014). Defendants are LLCs, but their certificate of interested parties fails to the identify their members/owners and their citizenship. *See* Docket No. 2.

Accordingly, Defendants must file an amended certificate of interested parties complying with Fed. R. Civ. P. 7.1(a)(2) by April 19, 2024.

IT IS SO ORDERED.

Dated: April 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1