UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KELLY,<br><br>       Plaintiff(s),<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, et al.,<br><br>       Defendant(s). | Case No. 2:24-cv-00696-JCM-NJK<br><br>**ORDER** |

Defendants removed this case based on diversity jurisdiction. Docket No. 1. Pending before the Court are orders to show cause why the case should not be remanded based on an insufficient showing as to the diverse citizenship of the parties or as to the amount in controversy. Docket Nos. 14, 17. Defendants filed a response. Docket No. 19. The Court hereby provides Plaintiff an opportunity to respond to whether remand is warranted. *See, e.g., Cayer v. Vons Cos.*, 2017 WL 3115294, at *3-4 (D. Nev. July 21, 2017) (in assessing showing on diversity jurisdiction, explaining that a plaintiff can disavow a settlement demand or offer contrary evidence). Plaintiff's brief must be filed by May 31, 2024. Defendants may file a reply brief thereto by June 7, 2024.

IT IS SO ORDERED.

Dated: May 22, 2024

                                                              Nancy J. Koppe<br>
                                                           United States Magistrate Judge