# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN KELLY,

    Plaintiff(s),

v.

AREA 15 LAS VEGAS LLC, et al.,

    Defendant(s).

Case No. 2:24-cv-00696-JCM-NJK

**ORDER**

[Docket No. 21]

    In light of the undersigned's recommendation that this case be remanded for lack of subject matter jurisdiction, the parties' discovery plan (Docket No. 21) is **DENIED** without prejudice.

    IT IS SO ORDERED.

    Dated: June 21, 2024

                                          Nancy J. Koppe
                                          United States Magistrate Judge