UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN KELLY,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>AREA 15 LAS VEGAS LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No.2:24-CV-696  JCM (NJK)<br><br>ORDER |

　　　This is a personal injury case removed from state court by the defendants on the basis of diversity jurisdiction. (ECF No. 1). Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R") to remand this case back to state court for lack of subject matter jurisdiction. (ECF No. 25, at 8). She notes that the defendants have failed repeatedly to properly identify their citizenship in the certificate of interested parties. (*Id.* at 2). Essentially, the defendants have failed to bear their burden of establishing that removal is proper. *Gaus v. Miles,* 980 F.2d 564, 566 (9th Cir. 1992).

　　　No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Koppe's R&R (ECF No. 25) be, and the same hereby is, ADOPTED, in full.

1    IT IS FURTHER ORDERED this case be REMANDED to state court for lack of subject
2    matter jurisdiction.
3    The clerk is INSTRUCTED to close this case.
4    DATED July 12, 2024.

_____
UNITED STATES DISTRICT JUDGE